# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GARCIA PEREZ,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 25-cv-03584-BAS-JLB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

　　　Petitioner, acting *pro per*, files a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, stating that he was detained by Immigration and Customs Enforcement ("ICE") on October 27, 2025. (ECF No. 1.) He requests release on bond or his own recognizance. (*Id.*) He provides little information about his circumstances. However, the Government has filed what amounts to a non-opposition, noting that the Central District of California has ruled that Petitioner is detained pursuant to 8 U.S.C. § 1226(a). (ECF No. 4) (citing *Maldonado Bautista v. Santacruz*, No. 5:25-cv-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025), *as amended and superseded by* __ F. Supp. 3d __, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025)).) Hence the Government indicates Petitioner "is entitled to an order from this court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (*Id.*)

In light of the Government's Response, the Court **GRANTS** the Petition and issues the following writ:

> The Court **ORDERS** Respondents to provide Alejandro Garcia Perez (A# 240-965-871) a bond hearing before an Immigration Judge, held pursuant to 8 U.S.C. § 1226(a), within 14 days of today's date.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

**DATED: December 30, 2025**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**